CR-17 00330 LHK  SVK

**FILED JUN 15 2017**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

vs.

MADELEINE MORGAN SWEET

## INDICTMENT

(See Attachment)

*A true bill.*

_____
Foreperson

Filed in open court this __15__ day of __June__
A.D. 201_7_

_____
United States Magistrate Judge

Bail. $ __No Process__

# ATTACHMENT TO INDICTMENT COVER

## U.S.
## v.
## MADELEINE MORGAN SWEET

<u>Count One</u>:   21 U.S.C. § 841(a)(1) –Possession With Intent to Distribute, and Distribution of, Furanyl Fentanyl

**<u>Defendant:</u>**
MADELEINE MORGAN SWEET

<u>Penalties</u>:
| | |
|---|---|
| Maximum Prison Sentence: | Maximum 20 years imprisonment. |
| Maximum Fine: | $1,000,000 |
| Maximum Supervised Release: | 3 years minimum supervised release<br>Maximum lifetime supervised release |
| Special Assessment: | $100 |

<u>FORFEITURE ALLEGATION</u>:   21 U.S.C. § 853 (a)(1) and (a)(2) – Drug Forfeiture

**<u>Defendant:</u>**
MADELEINE MORGAN SWEET

<u>Penalties</u>:
Forfeiture

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3
4                                                                    FILED
5                                                                JUN 15 2017
                                                              SUSAN Y. SOONG
6                                                          CLERK, U.S. DISTRICT COURT
                                                          NORTHERN DISTRICT OF CALIFORNIA
7                                                              SAN JOSE CALIFORNIA

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,            )  No. CR-17 00330 LHK SVK
12                                       )
           Plaintiff,                    )
13                                       )  VIOLATION: 21 U.S.C. § 841(a)(1) – Possession
       v.                                )  with Intent to Distribute, and Distribution of, Furanyl
14                                       )  Fentanyl; 21 U.S.C. § 853 (a)(1) and (a)(2) – Drug
    MADELEINE MORGAN SWEET,              )  Forfeiture
15                                       )
           Defendant.                    )
16  _____)  SAN JOSE VENUE

17                                  I N D I C T M E N T

18  The Grand Jury charges:

19  COUNT ONE:        (21 U.S.C. § 841(a)(1) –Possession With Intent to Distribute, and Distribution of,
                      Furanyl Fentanyl)
20

21          On or about March 29, 2017, in the Northern District of California, defendant,

22                              MADELEINE MORGAN SWEET,

23  did knowingly and intentionally possess with intent to distribute and distributea Schedule I controlled

24  substance, to wit, N-(1-phenethylpiperidin-4-yl)-N-phenylfuran-2carboxamide (furanyl fentanyl), in

25  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

26

27

28

INDICTMENT

FORFEITURE ALLEGATION:        (21 U.S.C. § 853 – Drug Forfeiture)

1. The allegations contained in Count One are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2. Upon a conviction of the offense alleged in Count One the defendant,

MADELEINE MORGAN SWEET,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense or offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense or offenses. The property to be forfeited includes, but is not limited to, a money judgment.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to or deposited with, a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DATED: June 15, 2017

A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
BARBARA J. VALLIERE
Chief, Criminal Division

(Approved as to form: _____ )
AUSA Jeffrey A. Backhus

INDICTMENT              2

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841 - Possession with Intent to Distribute, and Distribution of, Furanyl Fentanyl; 21 U.S.C. § 853 (a)(1) and (a)(2) – Drug Forfeiture

☐ Petty
☐ Minor
☒ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years imprisonment; minimum 3-years supervised release; maximum lifetime supervised release, $1 million fine, $100 special assessment

CR-17

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ MADELEINE MORGAN SWEET

**DISTRICT COURT NUMBER**
00330

FILED
JUN 15 2017
SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

LHK SVK

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

17-mj-70607

Name and Office of Person Furnishing Information on this form   Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Jeffrey A. Backhus

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: